IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BYRON EUGENE JOHNSON,

    Plaintiff,                        No. CIV S-06-2856 WBS CMK P

    vs.

JOANN WOODFORD, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding in forma pauperis and without counsel in this civil rights action. By order filed January 4, 2007, the court dismissed plaintiff's complaint and granted him thirty days to file an amended complaint. Plaintiff now seeks an additional sixty days to file an amended complaint due to the lockdown status of his prison and lack of materials.

        Good cause appearing, the court grants plaintiff forty-five days from the date this order is filed to file an amended complaint.

        IT IS SO ORDERED.

DATED: February 6, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1