IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON EUGENE JOHNSON, | No. CIV S-06-2856-WBS-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| R. COX, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. In light of the parties' objections filed on July 21, 2008, and July 23, 2008, the court finds it appropriate to vacate the findings and recommendations filed on July 7, 2008. Amended findings and recommendations will be issued separately.

IT IS SO ORDERED.

DATED: August 4, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1