IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BYRON EUGENE JOHNSON,           No. CIV S-06-2856-WBS-CMK-P

    Plaintiff,

  vs.           ORDER

R. COX, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Judgment has been entered in this matter and this case is closed. Plaintiff has filed a notice of appeal, which was processed to the Ninth Circuit on September 29, 2008. Plaintiff also filed a motion for appointment of counsel (Doc. 53). The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. See Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not at this time find the required exceptional circumstances. In addition, this matter is now

1 pending in the Ninth Circuit Court of Appeals.

2    Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the
3 appointment of counsel is denied, without prejudice to renewing this motion in the Ninth Circuit.

5 DATED: October 3, 2008

```
                              /s/ Craig M. Kellison
                              CRAIG M. KELLISON
                              UNITED STATES MAGISTRATE JUDGE
```